UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

DAMON PEREZ,

                         Plaintiff,

        - v -                                    **O R D E R**

THE COUNTY OF THE BRONX DISTRICT                 07 Civ. 3761 (NRB)
ATTORNEY, et al.,

                         Defendant.

------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**


**WHEREAS**, on October 23, 2007, the Court received a letter
from plaintiff, dated October 15, 2007, seeking to amend the
complaint; and

**WHEREAS** the Court treats plaintiff's letter as amending the
complaint to the extent that it adds the City of New York as a
defendant and contains new factual allegations or requests for
relief in the following numbered headings: First, Second, Third,
Fourth, and Sixth; and

**WHEREAS** the Court has been informed that the defendants
will move to dismiss the complaint as so amended; it is hereby

**ORDERED** that the defendants shall submit the motion to
dismiss the complaint, as amended by the new factual allegations
in plaintiff's October 15 letter, no later than December 21,
2007, the plaintiff shall submit its opposition to the motion to

dismiss no later than January 31, 2008, and the defendant shall

submit its reply brief, if any, on February 15, 2008.


**SO ORDERED.**


Dated:      New York, New York
            November 30, 2007

                                        _____
                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE


A copy of the foregoing Order has been mailed on this date to
the following:

Damon Christopher Perez
05 R 4707
Mohawk Correctional Facility
6100 School Road, P.O. Box 7451
Rome, NY 13442
Plaintiff

Douglas W. Heim, Esq.
Office of the Corporation Counsel
City of New York
Law Department
100 Church Street
New York, NY 10007
Attorney for Defendants