Damon C. PEREZ, Plaintiff
Pro Se # 05R4707
GOUVERNEUR Correctional Facility
P.O. Box 480
GOUVERNEUR, NEW YORK 13642-0370

January 14, 2008

Honorable Naomi R. Buchwald
United States District Judge
United States Courthouse
500 Pearl Street, Room 2270
New York, New York 10007

*Endorsement:* The plaintiff's answering papers are due by March 14, 2008 and the defendants' reply is due by March 31, 2008. So ordered. 1/24/08

Re: Damon C. Perez v. The City of New York, et al. 07 CIV. 3761 (NRB)

Honorable Judge Naomi:

The plaintiff, has received the defendants motion to dismiss pursuant to Rule 12(B)(6) of FRCP, and memorandum of law on December 27, 2007 which was dated December 21, 2007.

On December 24, 2007 plaintiff received a letter from Franzblau Dratch, P.C. Attorneys at Law requesting documents pertaining to my case (See attached letter, exhibit A). This request was in answer to my November 15, 2007 letter to Attorneys Firm.

On December 28, 2007 plaintiff sent all documents including the defendants motion to dismiss, memorandum of law in a self addressed stamped manilla envelope threw the Gouverneur Correctional Facility Mailbox under the jurisdiction of the U.S. Postal Service To: Stephen N. Dratch, Attorney at Law to review plaintiffs civil case against defendants City of New York, Johnson, N.Y.P.D., D.O.C., Delgado, et al.

The plaintiff humbly asks your honor for an extention of time pursuant to Fed. R. Civ. P. 6(b), to submit its opposition to the defendants motion to dismiss.

Plaintiff ask for an extension from January 31, 2008 to March 31, 2008 and the defendant may Submit its reply brief, if any on April 15, 2008.

No previous request for an extension has been made by Plaintiff in this action. Wherefore, plaintiff respectfully ask that this Court Grant an extension Pursuant to Fed. R. Civ. P. 6(b), So that Plaintiff's Complex Litigation can be reviewed by a Certified Civil trial Attorney; and or be Litigated by the Same.

Thank you for your time, effort and consideration in this matter.

Respectfully Submitted,

*[signature]*

Damon C. Perez, Pro Se Plaintiff
Gouverneur Correctional Facility
P.O. Box 480
Gouverneur, New York 13642-0370

Cc: The City of New York
Department of Law
Douglas Heim, Esq.
Assistant Corporation Counsel
of Record
100 Church Street
New York, N.Y. 10007